WILLOUGHBY v. WILKINS

No. 35P84.

Case below: 65 N.C. App. 62.

Petitions by defendants for discretionary review under G.S. 7A-31 denied 3 April 1984.